UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Adolfo L Torres, et al. | § § | |
| *versus* | § § | Civil Action 4:10−cv−04560 |
| Federal National Mortgage Association, et al. | § | |

# Notice of Reassignment

This case is reassigned to Judge Kenneth M. Hoyt.

Entered:  November 19, 2010                              David Bradley, Clerk